■ ANTE KURTIN, Respondent, v CATING ROPE WORKS, INC., et al., Defendants and Third-Party Plaintiffs. J. I. HASS COMPANY, Third-Party Defendant-Appellant; PAN AMERICAN, Third-Party Defendant.—Appeal by third-party defendant J. I. Hass Company from an order of the Supreme Court, Kings County, dated August 10, 1979, which granted the plaintiff's motion to increase the *ad damnum* clause of his complaint from $500,000 to $3,500,000. Order modified so as to limit the increase in the *ad damnum* clause to $1,000,000. As so modified, order affirmed, with $50 costs and disbursements to appellant. Special Term improvidently exercised its discre-

tion in granting amendment of plaintiff's *ad damnum* clause above the amount indicated. Damiani, J. P., Titone, Mangano and Gulotta, JJ., concur.